June 17, 2011

Mr. Thomas Anthony Fuller
The Fuller Law Group, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, TX 76006
Mr. Brian W. Erikson
Quilling, Selander, Cummiskey & Lownds P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201

RE: Case Number: 09-0794
 Court of Appeals Number: 05-07-01469-CV
 Trial Court Number: 06-03269

Style: LTTS CHARTER SCHOOL, INC. D/B/A UNIVERSAL ACADEMY
 v.
 C2 CONSTRUCTION, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary Fitzsimmons |
| |Ms. Veronica Leticia |
| |Garcia |
| |Mr. Kristofer S. |
| |Monson |
| |Mr. Cobby A. Caputo |